USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

CHIN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN CORBETT,<br><br>    Plaintiff,<br><br>- against -<br><br>COUNTRYWIDE FINANCIAL<br>CORPORATION,<br><br>    Defendant. | Civil Action 08 Civ. 2197 (DC) (MHD)<br><br>**Stipulation Extending Time<br>To Respond To Complaint** |

IT IS HEREBY STIPULATED AND AGREED, that the time for defendant Countrywide Home Loans, Inc. (sued herein as Countrywide Financial Corporation) to respond to the complaint, is hereby extended to and including June 3, 2008, and

This is the second request for an extension. Whereas, the parties are negotiating a resolution of this matter a further extension has been agreed to. The time to answer is currently May 16, 2008.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court and that facsimile copies shall be deemed originals.

Dated: New York, New York
       May 15th, 2008

By: _____
    Jonathan Corbett
    Plaintiff, Pro Se
    1410 Ocean Drive, Ste. 203
    Miami Beach, Florida 33139
    (646) 316-4524

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Anna S. Park
    Attorneys for Defendant
    Countrywide Financial Corporation
    575 Lexington Avenue
    New York, New York 10022
    (212) 223-0400
    Fax: (212) 753-0396

RECEIVED
MAY 16 2008
JUDGE CHIN

SO ORDERED:

_____
U.S.D.J.

5/16/08