```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN CORBETT,

                          Plaintiff,

- against –

COUNTRYWIDE FINANCIAL
CORPORATION,

                          Defendant.

Civil Action 08 Civ. 2197 (DC) (MHD)

**Stipulation Extending Time
To Respond To Complaint**

       IT IS HEREBY STIPULATED AND AGREED, that the time for defendant Countrywide Home Loans, Inc. (sued herein as Countrywide Financial Corporation) to respond to the complaint, is hereby extended to and including June 17, 2008, and

       This is the third request for an extension. The original time to answer is May 2, 2008.

       IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court and that facsimile copies shall be deemed originals.

Dated: New York, New York
          June 2, 2008

By: _____
Jonathan Corbett
Plaintiff, *Pro Se*
1410 Ocean Drive, Ste. 203
Miami Beach, Florida 33139
(646) 316-4524

By: _____
Anna S. Park
Attorneys for Defendant
 Countrywide Financial Corporation
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Fax: (212) 753-0396

Approved, but FINAL.

**SO ORDERED:**

_____
U.S.D.J.
6/4/08