```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
JONATHAN CORBETT,                  :

               Plaintiff,      :       **ORDER**

   - against -                   :       08 Civ. 2197 (DC)

COUNTRYWIDE FINANCIAL CORP.,       :

               Defendant.      :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated:   New York, New York
        June 18, 2008

                                              _____
                                              DENNY CHIN
                                              United States District Judge